NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GENSPERA, INC.,**
*Plaintiff/Counterclaim Defendant-Appellee*

**JOHN T. ISAACS., PH.D., SAMUEL R. DENMEADE, M.D.,**
*Counterclaim Defendants-Appellees*

**v.**

**ANNASTASIAH MUDIWA MHAKA,**
*Defendant/Counterclaimant-Appellant*

————————————

**ANNASTASIAH MUDIWA MHAKA,**
*Plaintiff-Appellant*

**v.**

**GENSPERA, INC., JOHN T. ISAACS., PH.D., SAMUEL R. DENMEADE, M.D.,**
*Defendants-Appellees*

———————————

2015-1059, 2015-1060

———————————

Appeals from the United States District Court for the District of Maryland in Nos. 1:12-cv-00772-MJG, 1:12-cv-03302-MJG, Senior Judge Marvin J. Garbis.

---

**JUDGMENT**

---

JOHN NILSSON, Arnold & Porter LLP, Washington, DC, argued for appellees. Also represented by JAMES ALEXANDER KAISER.

SPENCER HOSIE, Hosie Rice LLP, San Francisco, CA, argued for appellant. Also represented by DIANE RICE, DARRELL RAE ATKINSON; PHILIP M. ANDREWS, Kramon and Graham, PA, Baltimore, MD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and WALLACH, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 July 16, 2015          /s/ Daniel E. O'Toole
    Date                Daniel E. O'Toole
                        Clerk of Court